E-filing

AO 440 (Rev. 03/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the

Northern District of California

| TEAMSTERS UNION LOCAL 853 | ) | |
|---|---|---|
| Plaintiff | ) | |
| v. | ) | Civil Action No. C08-02464 EDL |
| J.C. PAPER | ) | |
| Defendant | ) | |

**Summons in a Civil Action**

To: J.C. PAPER
      *(Defendant's name)*

A lawsuit has been filed against you.

    Within __20__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

                                                                                                   Richard W. Wieking
                                                                                 Name of clerk of court

Date: __MAY 1 4 2008__                                                              *KELLY COLLINS*
                                                                                    Deputy clerk's signature

(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)