1  ANDREW H. BAKER, SBN 104197
   BEESON, TAYER & BODINE, APC
2  1404 Franklin Street, 5th Floor
   Oakland, CA 94612-3208
3  Telephone:  (510) 625-9700
   Facsimile:  (510) 625-8275
4  Email:      abaker@beesontayer.com»

5

   Attorneys for Plaintiff
6  Teamsters Union Local 853

7

8              UNITED STATES DISTRICT COURT

9          FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                   AT SAN FRANCISCO

11 | TEAMSTERS UNION LOCAL 853,          | Case No. C08-02464 EDL
12 |                          Plaintiff, | **Certification of Interested Entities or Persons**
   |                                     | (Civil L.R. 3-16)
13 |              v.                     |
14 | J. C. PAPER,                        |
15 |                          Defendant. |

16
       Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named
17
   parties, there is no such interest to report.
18

19 Dated: August 6, 2008                    BEESON, TAYER & BODINE, APC

20

21                                         By _____
                                              ANDREW H. BAKER
22                                         Attorneys for Teamsters Local 853

23
24
25
26
27
28

                                                                                                    1
Certification of Interested Entities or Persons                                            90398.doc
Case No. C08-02464 EDL