ANDREW H. BAKER, SBN 104197
BEESON, TAYER & BODINE, APC
1404 Franklin Street, 5th Floor
Oakland, CA  94612-3208
Telephone:     (510) 625-9700
Facsimile:      (510) 625-8275
Email:            abaker@beesontayer.com

Attorneys for Plaintiff
Teamsters Local 853

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**AT SAN FRANCISCO**

| | |
|---|---|
| TEAMSTERS LOCAL 853,<br><br>                                    Plaintiff,<br><br>            v.<br><br>J. C. PAPER,<br><br>                                    Defendant. | Case No. C08-02464 EDL<br><br>**REQUEST FOR TELEPHONE APPEARANCE**<br><br>Hearing Date:    August 19, 2008<br>Hearing Time:   10:00 a.m.<br>Courtroom:       E, 15th Floor<br>Judge:              Hon. Elizabeth D. Laporte<br>Complaint Filed: May 14, 2008<br>Trial Date:         None Set |

　　　Counsel for Plaintiff Teamsters Local 853, Andrew H. Baker, hereby requests to participate in the August 19, 2008 status conference in the above case by telephone.  This request is made because of the time required to travel to San Francisco and because of the nature of the conference.

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

Dated:  August 11, 2008　　　　　　　　BEESON, TAYER & BODINE

　　　　　　　　　　　　　　　　By:      /s/Andrew H. Baker
　　　　　　　　　　　　　　　　　　　　Andrew H. Baker

IT IS SO ORDERED.

Dated: _____　　　　　　_____
　　　　　　　　　　　　　　　　　　　Honorable Elizabeth D.  Laporte

REQUEST FOR TELEPHONE APPEARANCE                                                     Request for Phone Appearance.doc
Case No. C08-02464 EDL