1  ANDREW H. BAKER, SBN 104197
   BEESON, TAYER & BODINE, APC
2  1404 Franklin Street, 5th Floor
   Oakland, CA  94612-3208
3  Telephone:    (510) 625-9700
   Facsimile:    (510) 625-8275
4  Email:        abaker@beesontayer.com

5  Attorneys for Plaintiff
   Teamsters Local 853
6

7  **UNITED STATES DISTRICT COURT**

8  **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

9  **AT SAN FRANCISCO**

10 | TEAMSTERS LOCAL 853, | Case No. C08-02464 EDL |
   | --- | --- |
   | Plaintiff, | **REQUEST FOR TELEPHONE APPEARANCE AND ORDER THEREON** |
   | v. | Hearing Date:   August 19, 2008 |
   | J. C. PAPER, | Hearing Time:   10:00 a.m. |
   |  | Courtroom:      E, 15th Floor |
   | Defendant. | Judge:          Hon. Elizabeth D. Laporte |
   |  | Complaint Filed: May 14, 2008 |
   |  | Trial Date:     None Set |

16     Counsel for Plaintiff Teamsters Local 853, Andrew H. Baker, hereby requests to participate in

17 the August 19, 2008 status conference in the above case by telephone.  This request is made because

18 of the time required to travel to San Francisco and because of the nature of the conference.

19                                             Respectfully submitted,

20 Dated:  August 11, 2008                     BEESON, TAYER & BODINE

21                                   By:       /s/Andrew H. Baker
                                               Andrew H. Baker
22

23 Counsel shall contact the Courtroom Deputy at (415) 522-3694 to provide a number he can be reached
   and shall remain available beginning at 10:00 a.m. until called by the Court.
24 IT IS SO ORDERED.

25
   Dated:  August 12, 2008                     _____
26                                             Honorable Elizabeth D. Laporte

[SEAL: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED AS MODIFIED — /s/ Elizabeth D. Laporte, Judge Elizabeth D. Laporte]

REQUEST FOR TELEPHONE APPEARANCE                                    Request for Phone Appearance.doc
Case No. C08-02464 EDL