In the United States District Court
for the Northern District of California
Magistrate Judge Elizabeth D. Laporte

CIVIL MINUTES

Date: 8/19/08

Case No: **C- 08-02464 EDL**

Case Name: **TEAMSTERS UNION LOCAL 853 v. J.C. PAPER**

    Attorneys:   Pltf:   Andrew Baker (phone)   Deft: David Leporiere

    Deputy Clerk:  Lili M. Harrell        FTR digital recording: 10:30am-10:35am

**PROCEEDINGS:**                           **RULING**:

1. Initial Case Management Conference

2.


**ORDERED AFTER HEARING:**
- Parties are excused from participating in ADR.
- Plaintiff shall file its motion for summary judgment 9/30/08
- Opposition due 10/14/08; reply due 10/21/08
- Hearing set for 11/4/08 at 9:00am. No discovery until 11/4/08.

**Order to be prepared by:**  [] Plntf  [] Deft  []  Court

**Case continued to:**

Notes:

cc: